## JACK *v.* UTAH TERRITORY.

APPEAL FROM THE SUPREME COURT OF THE TERRITORY OF UTAH.

No. 144.   Argued December 5, 1889. — Decided January 6, 1890.

*Clayton* v. *Utah, ante,* 632, affirmed and applied to this case.

THE case is stated in the opinion.

*Mr. Eppa Hunton,* (with whom was *Mr. Jefferson Chandler* on the brief,) for appellant.

*Mr. Solicitor General* for appellee.

MR. JUSTICE MILLER delivered the opinion of the court.

This case, which is an appeal from the Supreme Court of the Territory of Utah, differs from the preceding case of Clayton against the same appellees, in the fact that Jack was charged with usurping and intruding into the office of territorial treasurer for the Territory of Utah, as Clayton was alleged to be an intruder into the office of auditor of public accounts. These two offices were created by the same statute of the Territory, at the same time, and the mode of election prescribed by that statute was changed at the same time by the same statute to an election by the people, and Jack claims to have been elected treasurer at the same general election in which Clayton was elected auditor; that he received the commission of the governor of the Territory, and that he has held the office ever since by reason of the fact that no other election had been held and no other person had been lawfully appointed to the office. The same principles govern this case as

govern the other.  The judgment of the Supreme Court of
the Territory of Utah was based upon the same grounds, and
for the reasons given by us in that case we affirm the judg-
ment in this.

*Affirmed.*